IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE VERLIN GHOST,<br><br>  Plaintiff,<br><br> v.<br><br>ALAN STILLMEN, et al.,<br><br>  Defendants.<br>_____ | No. C 15-4908 JSW (PR)<br><br>**ORDER AMENDING ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** |

  The total filing fee due in this case is $350.00, not $400.00 as indicated in the order granting leave to proceed in forma pauperis, which order is amended accordingly, *nunc pro tunc*.

  The Clerk shall send a copy of this order to the Court's financial office.

  IT IS SO ORDERED.

DATED: January 11, 2016

              _____
              JEFFREY S. WHITE
              United States District Judge